**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1221**

ERIC ALAN SANDERS,

Plaintiff - Appellant,

v.

LOWE'S HOME CENTERS, LLC,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  J. Michelle Childs, District Judge.  (0:15-cv-02313-JMC)

Submitted:  June 20, 2019                    Decided:  June 24, 2019

Before NIEMEYER, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Alan Sanders, Appellant Pro Se.  William Grayson Lambert, BURR & FORMAN, LLP, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Alan Sanders appeals the district court's orders denying several postjudgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sanders v. Lowe's Home Ctrs., LLC.*, No. 0:15-cv-02313-JMC (D.S.C. Nov. 30, 2018 & Dec. 11, 2018). We deny Sanders' motions to recuse and to stay the district court proceedings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*